# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VALLEY BOYS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV149 |
| | ) | |
| V. | ) | |
| | ) | |
| ASSURANT, INC., and STANDARD GUARANTY INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendant's motion to withdraw Jessica Wilson and Justin Kornegay as counsel for Defendant. (Filing 28.) Upon the representation that Defendant will remain represented in this matter, the motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw (filing 28) is granted.

2. The Clerk of Court shall terminate the appearances of Jessica Wilson and Justin Kornegay as counsel for Defendant and shall terminate future notices to them in this matter.

**DATED February 18, 2016.**

                                                **BY THE COURT:**

                                                **S/ F.A. Gossett**
                                                **United States Magistrate Judge**