# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VALLEY BOYS, INC., | ) | Case No. 8:15CV149 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ASSURANT, INC., STANDARD GUARANTY INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by counsel for the parties, Matthew Saathoff and Bradley Aiken,

**IT IS ORDERED:**

1. On or before **May 2, 2016,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Senior District Judge Joseph F. Bataillon at [Bataillon@ned.uscourts.gov](Bataillon@ned.uscourts.gov), a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated: March 17, 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge