## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VALLEY BOYS INC. d/b/a VALLEY BOYS ROOFING, Assignee,<br><br>   Plaintiff,<br>vs.<br><br>STANDARD GUARANTY INSURANCE COMPANY,<br><br>   Defendant. | Case No. 8:15-CV-149<br><br>**DISMISSAL WITH PREJUDICE** |

  COMES NOW the Plaintiff, Valley Boys, Inc., through its counsel Matthew P. Saathoff, and hereby dismisses its Complaint against Defendant Standard Guaranty Insurance Company with prejudice, each party to pay their own costs, complete record waived.

  Dated this 13th day of July, 2016.

            Valley Boys, Inc. d/b/a Valley Boys
            Roofing, Assignee, Plaintiff

     By: */s/ Matthew Saathoff*
            Matthew P. Saathoff #24321
            THE SAATHOFF LAW GROUP, PC LLO
            14707 California Street- Suite #1
            Omaha, Nebraska 68154
            Telephone: (402) 333-8488
            Facsimile:  (402) 333-8020
            matt@saathofflaw.com
            *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that the above and foregoing was served by the CM/ECF System and and regular U.S. Mail, postage prepaid, on the following parties, on this 13th day of July, 2016:

Jessica L. Wilson, Esq.
Bradley J. Aiken, Esq.
Edison, McDowell & Hetherington, LLP
Phoenix Tower
3200 Southwest Freeway, Suite 2100
Houston, Texas 77027

            */s/ Lisa Kellogg*
            Lisa Kellogg, Paralegal