IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VALLEY BOYS INC. d/b/a VALLEY BOYS ROOFING, Assignee,<br><br>Plaintiff,<br><br>v.<br><br>STANDARD GUARANTY INSURANCE COMPANY,<br><br>Defendant. | Case No.: 8:15-CV-149<br><br><br><br>ORDER |

THIS MATTER was filed with this Court on or about July 13, 2016. The Court being fully advised in the premises finds that Plaintiff's Dismissal with Prejudice should be granted.

IT IS ORDERED that the above-entitled cause of action is therefore dismissed with prejudice, the complete record waived and each party to pay their own attorney fees and costs.

IT IS SO ORDERED.

Dated this 14th day of July, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge